IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AVERY MIGUEL PERRY, SR.,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 22-CV-4599** |
| | : | |
| **DETECTIVE O'DONNELL**, *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 22nd day of November 2022, upon consideration of Plaintiff Avery Miguel Perry, Sr.'s *motion to proceed in forma pauperis* (ECF No. 1), and *pro se* Complaint (ECF Nos. 2 & 2-1) it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons set forth in the accompanying Memorandum:

4. The Complaint is **DISMISSED**

    a. All federal claims are **DISMISSED**, **with prejudice**; and

    b. Any state claims are **DISMISSED**, **without prejudice**, for lack of subject matter jurisdiction.

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*